**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

-against-

Zaquan Wertz

**ORDER**

13 CR 654 (JPO)
Docket #

James L. Cott, ~~DISTRICT JUDGE~~ USMJ:
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, Ken Womble is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC ________________.

**SO ORDERED.**

James L. Cott

**UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE**

**Dated: New York, New York**
December 14, 2022